**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BENJAMIN ESPINOSA, | Case No. 3:21-CV-00205-ART-CLB |
| Plaintiff, | **ORDER RE: SERVICE OF PROCESS** |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Defendants. | |

    The Office of the Attorney General did not accept service of process on behalf of **Brittany Caldwell** who is no longer an employee of the Nevada Department of Corrections. (ECF No. 37.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 38.)

    Accordingly, the Clerk shall ISSUE a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 38.) The Clerk shall also SEND sufficient copies of the amended complaint, (ECF No. 23), the screening order, (ECF No. 22), a copy of the order granting amendment to the first amended complaint, (ECF No. 36), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

    Plaintiff is reminded that if the above-named Defendant is not served by February 1, 2023,[1] she will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: __November 21, 2022__.

**UNITED STATES MAGISTRATE JUDGE**

---

[1]     This date represents 90 days from the date of the order amending the first amended complaint (ECF No. 36). *See* Fed. R. Civ. P. 4(m) (requiring service on defendants within 90 days after a complaint is filed).