Benjamin Espinosa #74296
HDSP - Po Box 650
Indian Springs, NV. 89070-0650
PLAINTIFF, IN PROPER PERSON

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\*   \*   \*   \*   \*

ESPINOSA     )   CASE NO. 3:21-CV-00205-ART-CLB

   PLAINTIFF    )

V.         )   "PLAINTIFF'S APPENDIX: VOL. 2 TO

GITTERE, ET.AL   )   RESPONSE TO DEFFENDANTS' SUMMARY

   DEFENDANT(S)   )   JUDGMENT MOTION" [ECF NO. 62]

            )

## APPENDIX : VOL. 2

| EXHIBIT | DOCUMENT DESCRIPTION (No. of Pgs) | PG CITED ON |
|---------|-----------------------------------|-------------|
| M | Incident summary / Report (7) | 10 ; 22 |
| N | Correspondence w/ Gittere I (5) | 8 ; 13 ; 14 ; 16 |
| O | correspondence w/ Gittere II (7) | 8 |
| P | AR 509 "Protective Segregation" (4) | 19 |
| Q | AR 515 "Red tag Cells" (2) | 23 |
| R | AR 508 "Security Threatgroups-STG" (3) | 20 |

I verify That These documents are true and correct copies and/or originals.
All are admissible evidence.

DATED This 1st day of July, 2023

        Benjamin W. E.

        Benjamin Wm Espinosa

        PLAINTIFF, IN PROPER PERSON

EXH. M.

EXHIBIT   M      (7 pgs)

INCIDENT SUMMARY / REPORT

EXH. M.

ESPINOSA #74296

**NEVADA DEPARTMENT OF CORRECTIONS**
**IR#: IR-2019-ESP-001717**
**ELY STATE PRISON**
                                    **Incident Summary Report**



---

Reported by: **KERNER,** ▮▮▮▮▮                    Entered by: **CKERNER**

### Preliminary Report

On September 19, 2109 35 plus inmates from Unit 3A claimed to staff they were sick from contaminated food from the culinary they received during the dinner meal on September 18, 2019. Warden Gittere responded with medical. All inmates involved were seen by medical. Investigation continues. Later that evening, Warden, AWO, ASO and AAII had dinner on tier to reassure the inmates that their food is safe. Dinner was good, consisting of pizza, veg's, salad, dressing, brownie. WAG.

### Incident Details

| | |
|---|---|
| Incident Area | Unit 3 |
| Incident Location | Unit 3 A Wing |
| ACA Review completed | Incident is not an ACA type incident |
| Miscellaneous | Institutional History |
| Was incident Video Taped? | No |
| Was force used? | No |
| Was use of force planned? | Not Applicable |
| Was Fire Marshall Report Submitted? | No |

### Staff Involved

| Staff Name | Participation Type | Comment |
|---|---|---|
| ▮▮▮ KERNER | Witness | CERT |
| ▮▮▮ HOMAN | Witness | I-File, Cook Shaws entered in his behalf due to NOTIS issues. |
| ▮▮▮ SHAW | Witness | Cook |
| ▮▮▮ | Witness | entered in error |
| ▮▮▮ | Witness | entered in error |
| ▮▮▮ STARK | Witness | Medical |
| ▮▮▮ | Witness | entered in error |
| ▮▮▮ NORIEGA | Witness | Unit 3 feed dinner on 9-18-19 |
| ▮▮▮ HULSEY | Reporting | Unit 3 SC/O 9-19-19 Incident |
| ▮▮▮ GARCIA | Witness | Unit 3 feed dinner on 9-18-19 |
| ▮▮▮ RIVERA | Witness | Culinary Officer |
| ▮▮▮ CALDWELL | Witness | Medical |
| ▮▮▮ MONTES | Witness | Unit 3 feed dinner on 9-18-19 |
| ▮▮▮ SUNDAY | Witness | Culinary Officer |
| ▮▮▮ NELSON | Witness | CERT C/O |
| ▮▮▮ ROSA | Witness | cook |
| ▮▮▮ WERNER | Witness | unit staff 9-19-19 Incident |
| ▮▮▮ RUBIO | Witness | unit staff 9-19-19 Incident |

| JOHNSON | Witness | unit staff 9-19-19 Incident |
| MELE | Witness | unit staff 9-19-19 Incident |

**Offenders Involved**

| NDOC# | Name | Type | Disposition | Dispo_Date | OIC# | Comments |
|---|---|---|---|---|---|---|
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| | | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |

DEF002

| | | | | | |
|---|---|---|---|---|---|
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |
| ▃▃▃ | ███ | Participant | No Action | 09-19-2019 | 0 | NO COMMENT |

**Civilians Involved**

**Staff Reports**

█████████ CALDWELL;Incident 028;Staff-All Users;On September 19, 2019 at approximately 1110 I B. Caldwell CNII responded to unit 3A with other medical staff for inmates complaints of feeling sick. Each patient was escorted to the caseworker?s office for evaluation of symptoms of general nausea, vomiting, and diarrhea that started last night after dinner and into the morning and during visit. Complaints of food smelling and tasting bad, speculation from inmates that there were feces in the food. See unusual occurrences for each individual assessment. Inmates advised to kite medical if symptoms worsen or continue or as needed. No episodes of vomiting or diarrhea during assessment from any inmates.

Inmates that were seen are as follows

**Staff signature**

█████████ HOMAN;Incident 028;Staff-All Users;On September 26, 2019 at approximately 8:00 AM I, Sergeant █████████ Homan, was asked by Warden █████████ Gittere to review video footage from the culinary in regards to the exchanging of food carts between unit 5B and 6A going back as far as the video system would allow as well as the incident on the Unit 3A tier during which approximately 40 inmates made several complaints of having food poisoning from the dinner meal on September 18, 2019. Using the video system I was able to review film going back as far as August 22, 2019 breakfast feeding until the current date. I

reviewed the cameras and could see on the following dates that the food trays were exchanged between Units 5A and Units 6B.The following dates were noted;: Breakfast 9-22-19 and 9-29-19, Dinner 9-19-19, 9-20-19, 9-23-19, and 9-24-19. I also downloaded the culinary cameras showing the preparation, cooking, and storage of the meal in question cooked on 9-18-19 as well as the incident on the Unit 3A tier in its entirety from 9-19-19. At no time during meal preparation, storage and distribution was the meal tampered with in any way as can be seen on the video recording.

Staff signature _____

███ HOMAN;Incident 028;Staff-All Users;Entered by Sergeant ███ Homan on behalf of cook 3 ███ Shaw,

I cook/supervisor 3 D.Shaw on September 18th 2019 while working my assigned post in culinary I was doing my rounds in the kitchen did not witness anything suspicious with the food the inmates followed our recipe book for last nights dinner  no extra ingredients went into the food  just the ones the recipe calls for.

**End report**

Staff signature _____

███ KERNER;Incident 028;Staff-All Users;On September 19, 2109 35 plus inmates from Unit 3A claimed to staff they were sick from contaminated food from the culinary they received during the dinner meal on September 18, 2019. Warden Gittere responded with medical. All inmates involved were seen by medical. Investigation continues. I Correctional emergency response sergeant ███ Kerner Responded to this incident and help with organizing the inmates to be seen by medical.

Staff signature _____

███ NORIEGA;Incident 028;Staff-All Users;On September 2nd 2019 I SCO Noriega was working my assigned post as the unit 3 floor officer at Ely State Prison. At approximately 6:30 PM while feeding the unit 3 B tier I had several inmates report to me that the food on the unit stinks really bad and they can?t eat it. I did not have any complaints from the 3 A tier that night. I personally remember smelling the food and it did not smell bad. To the best of my knowledge I also do not remember how many inmates told me it stinks.

Staff signature _____

Staff signature

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

STARK;Incident 028;Staff-All Users;At ESP on Thursday, 9/19/19, at approx. 1045 am., I, ▮▮▮▮ Stark Acting CNIII, was asked by the Warden to evaluate several inmates in Unit 3 that were alledging that their food was contaminated last evening. I, along with other medical staff, assessed approx. 41 inmates total in the case worker office and unit medical exam room in Unit 3. The general complaint of all inmates involved was nausea, some vomiting, and diarrhea. A few complained of headaches and stomach cramps, see unusual for individual reports. Inmates stated that the food smelled weird and tasted bad ,but most finished their meal, and a few ate extra food. Only one inmate had hyperactive bowel tones; all others were hypoactive, and I had to listen very closely to hear them; this is an **unusual finding with gastrointestinal upset.** All inmates had vital signs within normal range, no fevers. The list of inmates that I assessed personally, #19, were:

All inmates were able to keep water down and were advised to rest and hydrate, no exercise today. They were advised to notify medical via kite if symptoms did not resolve within 24 hrs; all verbalized understanding. **END OF REPORT.**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Staff signature

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

SUNDAY;Incident 028;Staff-All Users;On September 18th 2019 I correctional officer Sunday was working in culinary. I was posted in the culinary from 5AM to 5PM. While working my regular post we prepared dinner for institution on the date of September 18th. During my time posted in culinary no food was tampered with. All food was cooked together in large kettles. This ends my report.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Staff signature

DEF007



# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | |
|---|---|
| **Investigator:** | **IR Number:** IR-2020-ESP-001037 |
| **Assigned Date:** | **Occurrence Date:** 06/01/2020 |
| **Report Due Date:** | **IA Number:** IA- |
| **Disposition Date:** | **Institution:** ESP |

## Referral

**Referred By:** GITTERE, ▮▮▮▮▮
**Referred Date:** 06/01/2020 11:11
**Referral Detail:** Inmate allegation of food tamperting. ...[BSHIELDS, 07/28/2020 12:32:12] Compliance enforcement is aware and monitoring the situation.

## Narrative

On 5/31/2020, PS inmate ESPINOZA 74296 housed in CC PS Lev-2 Unit 4A alleges GP inmates workiong in Culinary are tampering with the eggwhites being served for breakfast by mixinig in "white flash."  No specific dates are mentioned.  No other similar complaints from any other inmates received.  He writes, "... on certain meals and eggs are causing not only my stomach but several others to bubble, make us sick, making us weak, etc."  Medical and Culinary advised to maintain surveillance.

## Offender Involvment

| NDOC ID | Offender Name | Participation |
|---|---|---|
| 74296 | ESPINOSA, BENJAMIN | Victim |
| Comments: | | |

## Staff Involvment

| Staff Name | Participation |
|---|---|
| HOMAN, ▮▮▮▮ | Reporting |
| Comment: Culinary Sergeant | |

| Staff Name | Participation |
|---|---|
| DREW, ▮▮ | Reporting |
| Comment: ASO | |

| Staff Name | Participation |
|---|---|
| CARPENTER, ▮▮▮▮ | Reporting |
| Comment: DON | |

EXH. N

EXHIBIT  N.    (5 pgs.)

CORRESPONDENCE  w/GITTERE
I.

EXH. N.

ESPINOSA# 74296

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | 4A-23 | 6/6/20 |

4. ) REQUEST FORM TO: (CHECK BOX)  ___ MENTAL HEALTH  ___ CANTEEN

___ CASEWORKER    ___ MEDICAL    ___ LAW LIBRARY    ___ DENTAL

___ EDUCATION    ___ VISITING    ___ SHIFT COMMAND    

___ LAUNDRY    ___ PROPERTY ROOM    ___ OTHER _____

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere

6.) REQUEST: ( PRINT BELOW) I know you say you have protocals in place and you dont believe us but soon you will be forced to. My celly & I have been ringing our food before we eat it now. And I am sick of finding foul Things in my food. Today I just found a wire like from a scotch bright (which we dont have back here) in my food. Here it is ⟶

Your GP inmates are gonna get you sued.

No wonder my gguts are so fucked up. Youre K. ...will have to correct it.

7.) INMATE SIGNATURE _____ JU # 14296

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*******************************************************
**9.) RESPONSE TO INMATE**

Wire ? 

[stamp: WARDEN'S OFFICE JUN 08 2020 W.A. Gittere Warden ELY STATE PRISON]

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC – 3012 (REV. 7/01)

## INM/ EQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | ~~HU 78~~ 9A-23 | 6/8/20 |

4.) REQUEST FORM TO: (CHECK BOX)    ___ MENTAL HEALTH    ___ CANTEEN

___ CASEWORKER    ___ MEDICAL    ___ LAW LIBRARY    ___ DENTAL

___ EDUCATION    ___ VISITING    ___ SHIFT COMMAND

___ LAUNDRY    ___ PROPERTY ROOM    ___ OTHER _____

5.) NAME OF INDIVIDUAL TO CONTACT: Gittere    (pg. 1 of 2)

6.) REQUEST: (PRINT BELOW) You know just as well as I do that units dont have steel wool or scouring pads and that the kitchen does. Theres no way I could of come up with that. You really didn't need to do all This. Now you are accussing me over me trying to bring a serious issue to your attention. All you had to do was check The culinary cameras. All we PS inmates want is to be able to eat our food without it being poisoned. Its Sat. & Sunday meals. I have done nothing to deserve This other Than trying to get you to realize That your procedures are not working. And instead you've actively retaliated against me for trying to do The right Thing. I do all I can to stay out of trouble with no write ups and you wont to attack me because you cant control your GP inmates. You know That Thats not fair. All I wanted was to be able to eat, you should understand That right?

7.) INMATE SIGNATURE Benjamin WE _____    DOC # 74296    right?

8.) RECEIVING STAFF SIGNATURE _____    DATE _____

*********************************************************

### 9.) RESPONSE TO INMATE

Actually, I'm positive our safeguards are working. But I'm concerned about your health. Medical will do an evaluation if you let them. Jay

[Warden's Office stamp: JUN 1 0 2020  W.A. Gittere  Warden  ELY STATE PRISON]

10.) RESPONDING STAFF SIGNATURE _____    DATE _____

DOC – 3012 (REV. 7/01)

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | 9A-23 | 6/8/20 |

4. ) REQUEST FORM TO: (CHECK BOX)

___ MENTAL HEALTH    ___ CANTEEN

___ CASEWORKER    ___ MEDICAL    ___ LAW LIBRARY    ___ DENTAL

___ EDUCATION    ___ VISITING    ___ SHIFT COMMAND

___ LAUNDRY    ___ PROPERTY ROOM    ___ OTHER _____

5.) NAME OF INDIVIDUAL TO CONTACT: ___ Guittere ___ (pg. 2of 2)

6.) REQUEST: ( PRINT BELOW) Ive given you no pablems and did all I could to stay out of trouble. I just wanted to be able to eat and prove to you that which you're failed to believe. I dont make problems for you here in Ely. why punish me when Ive done nothing wrong. what am I suppose to do when I find metal in my food? Throw it away and just move on? Tell a, %, and This same process happens. Ive never had anything in my food till I came to Ely and you let active gang members cook my food. 14 years.

7.) INMATE SIGNATURE _____ DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*********************************************************************************

9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC – 3012 (REV. 7/01)

To:

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | 9A-23 | 6/10/20 |

4.) REQUEST FORM TO: (CHECK BOX)       ___ MENTAL HEALTH    ___ CANTEEN

___ CASEWORKER       ___ MEDICAL         ___ LAW LIBRARY     ___ DENTAL

___ EDUCATION        ___ VISITING        ___ SHIFT COMMAND

___ LAUNDRY          ___ PROPERTY ROOM   ___ OTHER _____    JUN 1 1 2

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Guittere

6.) REQUEST: (PRINT BELOW) You uprooted me from my cell when I posed No threat to anyone or myself? There have been inmates who have gotten into violent altercations, and some who have even set fires on your tiers and you leave them and red tag them but immediately after I threaten to contact NV-cure and litigate the food issue you place me in custody? I don't drink, do drugs, I don't get into fights, and haven't gotten a single write up since I've been here and only a minor Noc the last time I was here and you see me as that much of a threat? Can I please return to my cell to continue doing my time as I have been?

7.) INMATE SIGNATURE _____ DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### 9.) RESPONSE TO INMATE

No, I'm concerned for your health. Work with medical and they will try to help you. ho-

WARDEN'S OFFICE
JUN 1 1 2020
ELY STATE PRISON
W.A. Gittere
Warden

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC – 3012 (REV. 7/01)

32  4A-32

To

## INMATE REQUEST FORM

| 1.) INMATE NAME | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Benjamin Espinosa  74-11 | 9A-23 | 6/15/20 |

4.) REQUEST FORM TO: (CHECK BOX)      ___MENTAL HEALTH      ___CANTEEN

___CASEWORKER      ___MEDICAL      ___LAW LIBRARY      ___DENTAL

___EDUCATION      ___VISITING      ___SHIFT COMMAND

___LAUNDRY      ___PROPERTY ROOM      ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Guittere

6.) REQUEST: (PRINT BELOW) I have sent a kite to medical refusing as I am perfectly healthy and do not require any medical assistance. You say that you are concerned for my health but I have no health concerns. As it is well within my rights to refuse medical treatment, I am now asking to be returned to my unit. If you truly was concerned with my health as you claim, you would have had medical see me by now. since it is now shown not to be necessary, I thank you for your concern but if I need medical attention I will put a kite (medical) in to be seen like everyone else. I don't need CERT to extract me and put me in medical, you don't do this to anyone else. Thank you. Can I return now?

7.) INMATE SIGNATURE Benjamin w C          DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*******************************************************************

### 9.) RESPONSE TO INMATE

I am happy to hear that your complaints have been resolved. If they return, kite medical. I will advise classification that you may be moved out of the Infirmary.

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

CC: GRIEVANCE FILE

DOC - 3012 (REV. 7/01)

EXH. O.

EXHIBIT O    ( 7 pgs.)

CORRESPONDENCE w/ GITTERE
II

.EXH O

ESPINOSA #74296

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa 74296 | | 5A-6 | 5/9/21 |

4. )  REQUEST FORM TO: (CHECK BOX) **ELY STATE PRISON** ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        ___MEDICAL    MAY 1 0 2021  ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING **WARDEN'S OFFICE** ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: WARDEN GITTERE (PG 1 of 2)

6.) REQUEST: (PRINT BELOW) I can just don't get it do you? Now on 5/7/21 eggs had dust-pan debris and lint in our eggs, and cereal caused my bubble gut. 5/8/21 our cereal had large amounts of salt in it, Eggs were dirty smelling and yellow. 5/9/21 eggs again were yellow again. They are egg whites – No yokes. When PC's were in There – They were always white. Now, again I can't eat. And you refuse to raise our store limit. Now I have to starve? How can my father reach you? Because This has to stop $ Now. Ccont. -- DOC # 74296

7.) INMATE SIGNATURE _____

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*******************************************************************************************

9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa  74296 | | SA-6 | 5/9/21 |

4.) REQUEST FORM TO: (CHECK BOX) **ELY STATE PRISON** ___MENTAL HEALTH     ___CANTEEN

___CASEWORKER     ___MEDICAL  MAY 1 0 2021  ___LAW LIBRARY     ___DENTAL

___EDUCATION     ___VISITING **WARDEN'S OFFICE** ___SHIFT COMMAND

___LAUNDRY     ___PROPERTY ROOM     ___OTHER_____

2 pg. kites attached

5.) NAME OF INDIVIDUAL TO CONTACT: WARDEN GITTERE

6.) REQUEST: (PRINT BELOW) We are now back to GP poisoning / tampering with PC's food. It seems to be something that you can not control or fix. This may need higher intervention. Even when you were switching carts - somehow it was still happening as I proved it to you already. There is NO way that inmates should or need to know where the pans are going. Then the CO should put the carts in the hall way and so load the pans randomly onto the carts themselves. And if it still happens then your staff needs to be investigated. This needs to stop. Your protocols DON'T WORK and your failure to recognize that over your pride may/will end up before the Directors office showing your inability to even catch and punish GP inmates? As a warden if you can't catch these inmates? They poison other inmates and you can't stop it? Mr. Gittere, this is out of hand and our food was just fine when PC's were in there. Your staff's constant hating on PC's has got to STOP STOP. Why does Active gang members have to have the jobs - especially when they poison your other inmates?

7.) INMATE SIGNATURE _____ DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____ DATE 5-9-21

*******************************************************************

9.) RESPONSE TO INMATE

Thank you for your concern. All of our anti-tampering measures are back in effect. I am so confident that the food is safe that I regularly conduct Warden's Dinner Tours in the P/S units and eat dinner with the inmates. In fact, I did one in 5B just last Friday, 5/07/21. The beef stew was good. hmm

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

[stamp: WARDEN'S OFFICE  MAY 1 0 2021  W.A. Gittere Warden  ELY STATE PRISON]

CC: GRIEVANCE FILE

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Benjamin Espinosa  74296 | 5A-6 | 5/9/21 |

4. )  REQUEST FORM TO:  (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

___CASEWORKER          ___MEDICAL     **ELY STATE PRISON**___LIBRARY          ___DENTAL

___EDUCATION          ___VISITING     MAY 1 0 2021___SHIFT COMMAND

___LAUNDRY          ___PROPERTY**WARDEN'S OFFICE**___OTHER _____

5.) NAME OF INDIVIDUAL TO CONTACT: WARDEN GITTERE (PG 2 of 2)
Even eating the burgers today my tongue is numb & soapy.

6.) REQUEST: (PRINT BELOW) (- - - cont) You need to understand That
trying to solve one problem, you create a larger one. PC's
doing something wrong? Punish them individually. Not as a
whole. GP will constantly try to poison 3 wings and take every
chance to do it. And you are contributing to it by given
them an Avenue. Whats The prisons problem with PC's?
why do you all hate PC's so much? We don't stab everyone.
Then get PC's out of your prison and move all your GP's back so all
your PC hating c/o's can deal with their politizing GPs.
Will a lawsuit fix all This? USDC(Nev.) 3:21-cv-00205-mmD-CLB

7.) INMATE SIGNATURE _____          DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

***************************************************************************************************
9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | 5A-6 | 5/11/21 |

4.) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL *ELY STATE PRISON*    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    MAY 12 2021    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY *WARDEN'S OFFICE*    ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere ( Pg 1 of 2)

6.) REQUEST: (PRINT BELOW) Try showing up on a Saturday unannounced and
when GP knows That There are no wardens watching The cameras.
But either way, as unannounced as you believe yourself to be your
staff is not going to allow your food to be tampered with. Mr Gittere
unknowingly to you I've talked to GP personally and They were always
given a heads up on when it was a bad time. I know you are blind to reality
and believe, truly believe That your staff is not corrupt. And not PC
haters. So yeah you was in 5B, huh? which means other inmates

7.) INMATE SIGNATURE _____    DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____    DATE _____

*******************************************************************

### 9.) RESPONSE TO INMATE

Noted. You food is safe hon

10.) RESPONDING STAFF SIGNATURE _____    DATE _____

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | SA-6 | 5/11/21 |

4. ) REQUEST FORM TO: (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

___CASEWORKER          ___MEDICAL **ELY STATE PRISON** ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING     MAY 12 2021 ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM **WARDEN'S OFFICE** ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere (Pg. 2 of 2)

6.) REQUEST: (PRINT BELOW) besides myself are complaining too. Showing That These GP inmates and your staff are smarter Than you are and they are all failing you.

I'm not gonna argue with you anymore other Than In court The case has been filed and it only helps You vicarrously admitting others are complaining and That it must be an issue since you admitted to reestablishin your protocols. You shouldn't have to have protocols which means it is an issue w/ GP trying to poison us.

7.) INMATE SIGNATURE _____          DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*********************************************************************************

9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM    11B11B

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | SA-6 | 5/16/21 |

**4. ) REQUEST FORM TO:** (CHECK BOX)    ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    ___OTHER_____

**5.) NAME OF INDIVIDUAL TO CONTACT:** __Warden Gittere__

**6.) REQUEST:** (PRINT BELOW) ☒ 5/15/21 we had soap in our fruit
and today our egg were yellow and dirty.
So you claim you are in control of it
but it still happens. Why do I have to tell you this?
NOONE SHOULD KNOW WHERE THE PANS ARE
GOING. THE C/O's SHOULD PUT THE CARTS IN THE
HALLWAY AND C/O's ONLY SHOULD LOAD THE CART. NO
INMATE SHOULD LABEL THE PANS. Stop you covering
your ass and get them the active gang member out of the

**7.) INMATE SIGNATURE** _____ DOC# 74296

**8.) RECEIVING STAFF SIGNATURE** _____ DATE 5-16-21

**9.) RESPONSE TO INMATE**

Your complaints will be investigated. Thank you Mr.

_[stamp: WARDEN'S OFFICE   MAY 17 2021   W.A. Gittere Warden   ELY STATE PRISON]_

**10.) RESPONDING STAFF SIGNATURE** _____ DATE _____

CC: ASU
I.G.

To

**INMA\` REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Benjamin Espinosa | 74296 | 4A-23 | 5/31/20 |

4.) REQUEST FORM TO: (CHECK BOX)

___ MENTAL HEALTH     ___ CANTEEN

___ CASEWORKER     ___ MEDICAL     ___ LAW LIBRARY     ___ DENTAL

___ EDUCATION     ___ VISITING     ___ SHIFT COMMAND

___ LAUNDRY     ___ PROPERTY ROOM     ___ OTHER _____

*ELY STATE PRISON*
*JUL - 2020*
*WARDEN'S OFFICE*

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere

6.) REQUEST: (PRINT BELOW) I understand That you believe That your proceedures are working but our food is still being tampered with. On certain meals and eggs are causing not only my stamach but several others, to bubble, make us sick, making us weak, etc. likely your white flash is being mixed in. Every time I get sick I ask others if They did and They describe The same symptoms without me even mentioning Them. showing That it has The same effects. since you refuse to get The STG active gangmembers out of The kitchen who knows how its eating at our stamachs & intestents. leaving you responsible. Civilly.

7.) INMATE SIGNATURE B E    DOC # 74296

8.) RECEIVING STAFF SIGNATURE _____    DATE 05-31-20

*************************************************************

9.) RESPONSE TO INMATE

ESPINOZA - There is no such thing as "WHITE FLASH". However, we will forward your complaints to the IG/Compliance Enforcement office.

*WARDEN'S OFFICE*
*JUN 0 1 2020*
*W.A. Gittere*
*Warden*
*ELY STATE PRISON*

10.) RESPONDING STAFF SIGNATURE _____    DATE _____

EXH. P.

EXHIBIT     P        ( pgs.)

AR  <u>509</u>   "Protective Segregation"

EXH. P

ESPINOSA #74296

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE REGULATION
## 509

## PROTECTIVE SEGREGATION

**Supersedes:**       AR 509 (06/17/12) and AR 509 (Temporary, 06/05/13)
**Effective Date:**    10/15/13

**AUTHORITY:**

NRS 209.341
NRS 209.351

**RESPONSIBILITY**

The Director of the Department of Corrections is responsible to provide adequate housing for those inmates requiring Protective Segregation.

Institutional Classification Committees are responsible for investigating, identifying and classifying Protective Segregation inmates.

**509.01    GENERAL PROVISIONS**

1.  Inmates may require separation and/or secure housing to ensure their physical safety and well-being or for institutional security.  These general provisions are for both voluntary and involuntary Protective Segregation.

2.   Protective Segregation may be used voluntarily or involuntarily, but it will never be used as a form of punishment.

3.  Inmates requesting protection should be placed in Administrative Segregation pending classification pursuant to the Department's Administrative Regulation 507.

4.  The classification committee will schedule a hearing and conduct a classification review as soon as practicable after being informed of a request for Protective Segregation.

5.  The committee will take reasonable steps to ensure that an inmate is not permitted entry into a Protective Segregation unit under false pretenses.  The committee should be cautious to ensure the inmate is not requesting Protective Segregation to access enemies or for housing convenience.

6. The following steps will be used to manage inmates who require separation from other inmates for their protection. A transfer to general population at a different institution should be considered prior to Protective Segregation.

   A. Preference will be given to transfer to a different institution or;

   B. Assignment to an area of the Department designated for Protective Segregation, or;

   C. Transfer to another state under provisions of the Interstate Corrections Compact.

7. All inmates admitted to or released from Protective Segregation require a classification review to be done in accordance with AR 503 – Conduct of Objective Classification and AR 506 - Reclassification Schedule

8. After the classification committee hearing, a classification case note documenting the hearing, will be entered in the Nevada Offender Tracking Information System (NOTIS). If an inmate is being placed in Protective Segregation;

   A. A Central Monitoring Status Sheet (DOC Form 2023) will be completed for the I-File.

   B. Protective Segregation status will be entered in the Offender Care in Placement screen in NOTIS.

   C. A Protective Segregation Alert will be entered in NOTIS.

9. Protective Segregation will not be permitted without approval of the classification committee or without documentation that the status is warranted and no reasonable alternatives are available.

10. The Protective Segregation status will be reviewed at each (6) month review to determine whether reasons for the placement continue and with the goal of terminating the Protective Segregation status housing, if possible, with the ultimate goal of the inmate reintegrating into general population.

11. All inmates in Protective Segregation will be classified as close custody.

### 509.02  VOLUNTARY ASSIGNMENT TO PROTECTIVE SEGREGATION

1. The inmate shall provide the Classification Committee with the names of his or her enemies and a reason why the enemy situation exists and/or a reason why Protective Segregation is needed. If names are not known or available, the inmate must provide the committee with appropriate justification and must cooperate with any investigation regarding their placement in protective segregation.

2. Admission to Protective Segregation will be fully documented with consent by the inmate noted in appropriate classification case notes.

3. An inmate who has been voluntarily placed in Protective Segregation may request a classification hearing to discuss removal from that status.

    A. This request must be made in writing by the inmate.

    B. The inmate will be scheduled and seen by the classification committee to consider his or her request.

4. If the inmate is approved to leave Protective Segregation:

    A. The caseworker will have the inmate sign a Protective Segregation Waiver (DOC Form 2084).

    B. The caseworker will fill out a Central Monitoring Status Sheet for the I-File.

    C. The Protective Segregation designation will be "released" on the Care in Placement screen in NOTIS and the Protective Segregation alert will be "expired".

5. The committee may require the inmate to remain in Protective Segregation involuntarily. In such instances, the procedural safeguards set forth in 509.03 of this regulation shall apply.

**509.03   INVOLUNTARY ASSIGNMENT TO PROTECTIVE SEGREGATION**

1. When an inmate is involuntarily assigned to, or required to remain in Protective Segregation, the classification committee should consider the following general considerations.

    A. The decision should be based on evidence that the inmates or institution's safety and/or security would be in jeopardy if the inmate was in general population.

    B. The security or safety threat should continue to be evident in reviews by the classification committee in order to retain an inmate in Protective Segregation.

    C. If it appears a safety or security threat no longer exists, the inmate should be scheduled for a classification committee hearing to determine if he or she can be moved to the general population.

**509.04   PROTECTIVE SEGREGATION MANAGEMENT**

1. Inmates housed in Protective Segregation units will have the same canteen, educational, programming and recreational privileges, as those in general population, which do not conflict with institutional safety or security.

2.  Protective Segregation units may be managed differently at different institutions, depending on the security needs and management of the institution.

3.  This section is not intended to affect restrictions which may be imposed by the Disciplinary Committee.

**APPLICABILITY**

1.  This AR requires an Operational Procedure at locations housing Protective Segregation inmates.

2.  This AR requires an audit.


_____
James G. Cox, Director

_____10/15/13_____
Date

EXH. Q

EXHIBIT   Q    ( pgs.)

AR        "Red-tag cells"

EXH. Q

ESPINOSA #74296

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE REGULATION
## 515

# RED TAG STATUS

**Supersedes:**  AR 515  (05/20/10); and AR 515 (Temporary, 11/24/14)
**Effective Date**     05/19/15

## AUTHORITY

NRS 209.131

## RESPONSIBILITY

Wardens and Facility Managers will be responsible for managing the use of red tag status at their institutions and facilities.

## 515.01   GENERAL PROCEDURES

1. Red tag status is a temporary measure in which an inmate is confined in their cell except for medical and/or other emergency situations while the rest of the unit continues normal operation.

    A. Only inmates involved in serious incidents which pose an immediate threat to life, property, self, staff, other inmates or the security or orderly operations of the institution/facility may be considered for red tag status.

    B. A Shift Supervisor may order a red tag status.

    C. Anytime the Shift Supervisor orders a red tag status, he must immediately notify the Associate Warden or Warden.

    D. A written follow-up report will be completed by the Shift Supervisor in the Incident & Offenses in Custody screens of the Nevada Offender Tracking Information System (NOTIS) prior to the end of shift.

2. Any inmate placed on red tag status must be seen by a classification committee within three days from the date of occurrence.

3. This regulation does not apply when an institution is in lockdown status or when an inmate is only being held overnight at an institution when being transferred to another institution/facility.

**APPLICABILITY**

1. This regulation requires an Operational Procedure for institutions and facilities.

2. This regulation requires an audit.

_____
Director

$\frac{5}{}$ / 20 / 15
Date

Exh R

EXHIBIT R

ExH R

ESPINOSA #74296

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE REGULATION
## 508

## DISRUPTIVE GROUP SEGREGATION

**Supersedes:**    AR 508 (Temporary, 11/24/11)
**Effective Date:**    06/17/12

**AUTHORITY:** NRS 209.131

**RESPONSIBILITY**

The Director is responsible for designating disruptive groups subject to Disruptive Group Segregation (DGS).

The appropriate Deputy Directors are responsible for implementing this regulation.

The Inspector General (IG) is responsible for providing information on which to base decisions regarding disruptive groups and inmates.

## 508.01   DISRUPTIVE GROUP SEGREGATION ESTABLISHED

1. The designation of a disruptive group should be based upon the following:

   A. The identification of a specific security threat group (STG).

   B. A finding that the STG represents an active threat to either security of the Department, other inmates, or members of the community through their criminal enterprises which may include but are not limited to involvement in an institutional disturbance.

2. The Director may designate an STG as a disruptive group based on the individual or collective acts of the members of the group.

3. The Director should consider the actual or potential for violence on the part of the disruptive group in the decision to reaffirm or remove the disruptive group designation for the subject group.

4. DGS is established to control the behavior of disruptive group members who, based on behavior, are assigned to DGS.

5.  Based on behavior, the Director or Deputy Director may assign all or part of a disruptive group to DGS housing.

6.  DGS should limit the disruptive group's access to all other classifications of the inmate population.

7.  On an annual basis, the Director should reaffirm the application of DGS for a disruptive group or part of a disruptive group.

## 508.02  DISRUPTIVE GROUP SEGREGATION ASSIGNMENTS

1.  An inmate may be assigned to DGS based on his validated membership in a disruptive group.

2.  Each inmate should have a due process classification hearing prior to or within 72 hours of placement in DGS with at least 48 hours notice of that hearing.

3.  All DGS shall be assigned close or higher custody.

4.  An inmate's STG/DGS validation should be evaluated at each regular periodic reclassification hearing per the requirements of AR 446.

5.  Inmates assigned to DGS should have the same access to programs and services as inmates placed in administrative segregation.

6.  Inmates in DGS may be double–bunked.

7.  An inmate may be removed from DGS based upon the following:

   A.  The inmate's removal from the STG/ disruptive group.

   B.  The Director's removal of DGS for all or part of the disruptive group.

8.  The Warden may designate a unit or any part of a unit as DGS with approval of the appropriate Deputy Director.

9.  The Warden may refer an inmate to be classified as DGS.

10.  All inmates housed in DGS will be placed into the Offender Care in Placement (OIDCIPON) Screen in the Nevada Offender Tracking Information System (NOTIS).

**APPLICABILITY**

1.  This regulation requires Operational Procedures for the Inspector General and any institution operating a DGS unit.

2.  This regulation requires an annual audit.


_James G. Cox, Director_

5/30/12
Date

CERTIFICATE OF SERVICE

I certify That I have hand my law library my Appendix: Vol. 2 to Response' to defendants summary Judgment motion " to be e-filed using This court's cm/ECF filing system wherein all defendant Through Their defense counsel named below. who are active participant

DATED This 18th day of July, 2023

Janet Traut, Esq.
Deputy Attny Gen.

Benjamin Wm Espinosa #74296
HDSP-PO BOX 650
Indian Springs, NV. 89070-0650
    PLAINTIFF, In proper person.