Benjamin Espinosa #74296
HDSP - PO Box 650
Indian Springs, NV. 89070-0650
Plaintiff, In proper person

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * * *

Espinosa
    Plaintiff
v.
Gittere, et. al
    Defendant(s)

Case No. 3:21-cv-00205-ART-CLB

"PLAINTIFF'S ADDENDUM TO HIS RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION"

Plaintiff, Benjamin Espinosa, files his addendum to his response to defendants' Summary Judgment motion. This addendum is based upon a recently received document that supports plaintiff's already written Response and the impending deadline to file his response.

On, July 17th, 2023, Plaintiff was called into his caseworkers office to sign for an informal level grievance that went unaddressed for over (2) two years.

Plaintiff offers this example as a showing that NDOC often doesn't follow their timelines. The fact that this is over (2) two years and Plaintiff per AR 740 is unable to proceed to the next level until receiving a response leaving him to the only conclusion that no remedy is available.

If this court would recognize on page 1 of Inmate grievance report" under days left NDOC officials state that there is (4) four days left for them to respond, this shows

how it has become custom for NDOC to manipulate their own documents, records, and rules. Further, see under status of some states Inactive. Plaintiff never even knew that this grievance was ever active except for his copies. Much like Plaintiff's Response to Def's Sum. Jud. mot. exh H (generally) when NDOC refuses to answer, delay an answer, and/or even acknowledge whether a grievance was filed at all, Plaintiff can then only logically assume that no remedy is available. Also showing how NDOC manipulates their records and logs to best suit their agendas.

## CONCLUSION

Plaintiff seeks the court to acknowledge this addendum in support of his response to defendants' sum jud. motion as a showing of no available remedy.

DATED this 17th day of July, 2023.

Benjm wE

Benjamin W. Espinosa
Plaintiff, In pro Se.

= VERIFIED PLEADING =

I do verify that all the above statements and exhibits to this motion is true and correct to the best of my knowledge and set upon personal knowledge. Verified pleadings are accepted w/out a declaration per FRCP ___. Penalty of perjury. NRS 208.165

DATED this 17th Day of July, 2023
Benjm wE  #74296
Benjamin Espinosa - HDSP - PO Box 650
Indian Springs NV. 89070-0650
Plaintiff, In proper person.

= CERTIFICATE OF SERVICE =

I certify that I have handed my above motion to my law library to be e-filed using this courts CM/ECF system, wherein defendant via counsel will be served by such as active participants.

DATED this 18th day of July 2023

Janet Trout, Esq.
Deputy Attorney General
counsel for defendants

/s/ Benjamin WM Espinosa

Benjamin WM Espinosa
NDOC # 74296
HDSP- PO Box 650
Indian Springs, NV.
89070-0650
Plaintiff, In proper person.

EXH A.

EXHIBIT A

Grievance NO. 20063121056

EXH A.

Espinosa #74296



# State of Nevada
# Department of Corrections

INMATE GRIEVANCE REPORT

**ISSUE ID#** 20063121056
**ISSUE LOC:** ESP

**ISSUE DATE:** 05/04/2021

| INMATE NAME | NDOC ID | CURR LOC | TRANS TYPE | GR CODE | ASSIGNED TO |
|---|---|---|---|---|---|
| ESPINOSA, BENJAMIN W | 74296 | HDSP | RTRN_INF | MED | SCICILIANO |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 05/10/2023 | 4 | Denied | SCHILSON | INACTIVE |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

Offender Espinoza, Benjamin #74296, Log Number-2006-31-21056. I am in the receipt of your Informal Grievance. The Chief of complaint that you state, "NDOC is trying to reduce / limit medication to forty-five doses and that Lyrica is not a narcotic. The remedy is for NDOC to stop interfering with your medication."

Offender Espinoza #74296 Per medical records on 3/18/21 Lyrica was prescribed 75 mg PO BID X 180 days. Since the provider did not clarify the quantity of Lyrica per month, therefore the automatic quantity you would receive per pharmacy would be reduced amount in (45 pills) per month. Lyrica is classified as a scheduled V not a scheduled II.
Grievance is Denied

GRIEVANCE RESPONDER    for Stephn C.

7/17/23

Report Name: NVRIGR
Run Date:   MAY-10-23 03:30 PM

Page 6 of 9

Log Number 200631 2.1056

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Benjamin Espinosa         I.D. NUMBER: 74296

INSTITUTION: ESP         UNIT: SA-6 HDSP

GRIEVANT'S STATEMENT: I am now being told That NDOC is reducing/limiting medication to 45 doses a month. I receive 2 Lyrica (Am/pm) for my nerve condition in my hand. One in Am/ One in Pm). This reduction cancels 15 of my

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: 4/22/2 TIME: 5:21 Am

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 4/23/4 TIME: 1226

GRIEVANCE RESPONSE: See attached

CASEWORKER SIGNATURE: _____ DATE: 5/17/23

___ GRIEVANCE UPHELD  ___ GRIEVANCE DENIED  ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: 5/11/23

___ INMATE AGREES  _X_ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 7/17/23

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Ely State Prison

MAY 04 2021

Grievance Coordinator

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Espinosa, Benjamin   I.D. NUMBER: 74296
INSTITUTION: ESP   UNIT #: 5A-6
GRIEVANCE #: unassigned   GRIEVANCE LEVEL: Informal
GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 2

prescribed, Doctor recommended treatment. You are trying to limit narcotics in your system. understandable. One; Lyrica is not a narcotic, two; you can not deny recommended treatment based on budgetary constraints. Lastly, my medication has been prescribed by not just one but two doctors and I have even been recommended to see a specialist by the latter.

Resolution; stop interfearring with my treatment as it helps relieve my pain and allows me to get through the day.

Original:   Attached to Grievance
Pink:   Inmate's Copy

Ely State Prison

MAY 04 2021

Grievance Coordinator

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Espinosa, Benjamin    I.D. NUMBER: 74296
INSTITUTION: ESP    UNIT #: 5A-6
GRIEVANCE #: unassigned    GRIEVANCE LEVEL: Informal
GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 2

prescribed Doctor recommended treatment. You are trying to limit narcotics in your system. Understandable. One; Lyrica is not a narcotic, two; you can not deny recommended treatment based on budgetary constraints. Lastly, my medication has been prescribed by not just one but two doctors and I have even been recommended to see a specialist by the latter.

Resolution; stop interfearring with my treatment as it helps relieve my pain and allows me to get through the day.

Original:    Attached to Grievance
Pink:       Inmate's Copy

Ely State Prison

MAY 04 2021

Grievance Coordinator

DOC – 3097 (01/02)

−516

Log Number 2006312.1056

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Benjamin Espinosa        I.D. NUMBER: 74296

INSTITUTION: ESP        UNIT: 5A-6

GRIEVANT'S STATEMENT: I am now being told that NDOC is reducing/limiting medication to 45 doses a month. I receive 2 Lyrica (Am/Pm) for my nerve condition in my hand. (One in Am/One in Pm). This reduction cancels 15 of my

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature]        DATE: 4/22/21   TIME: 5:21 Am

GRIEVANCE COORDINATOR SIGNATURE: [signature]   DATE: 4/23/21   TIME: 1226

---

**GRIEVANCE RESPONSE:**

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

---

____ INMATE AGREES ____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

---

Original:   To inmate when complete, or attached to formal grievance
Canary:     To Grievance Coordinator
Pink:       Inmate's receipt when formal grievance filed
Gold:       Inmate's initial receipt

Ely State Prison

MAY 04 2021

Grievance Coordinator

DOC 3091 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Espinosa, Benjamin    I.D. NUMBER: 74296
INSTITUTION: ESP    UNIT #: 5A-6
GRIEVANCE #: unassigned    GRIEVANCE LEVEL: Informal
GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 2

prescribed, Doctor recommended treatment. You are trying to limit narcotics in your system. Understandable. One; Lyrica is not a narcotic, two; you can not deny recommended treatment based on budgetary constraints. Lastly, my medication has been prescribed by not just one but two doctors and I have even been recommended to see a specialist by the latter.

Resolution; stop interfearring with my treatment as it helps relieve my pain and allows me to get through the day.

Original:    Attached to Grievance
Pink:    Inmate's Copy

Ely State Prison

MAY 04 2021

Grievance Coordinator

DOC – 3097 (01/02)