AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
Office of the Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1227
mhackmann@ag.nv.gov

*Attorneys for Defendants,*
*Teresa Clark, Gloria Carpenter,*
*David Drummond, William Gittere,*
*Dennis Homan, Dawn Jones,*
*William Reubart, Jon Verde,*
*and Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM GITTERE, et al.,<br><br>Defendants. | Case No.  3:21-cv-00205-ART-CLB<br><br>**NOTICE OF APPEAL** |

Defendants, Teresa Clark, Gloria Carpenter, David Drummond, William Gittere, Dennis Homan, Dawn Jones, William Reubart, Jon Verde and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackmann, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby pursuant to Fed R. App. P. 3 & 4 and 28 U.S.C. § 1291, appeal this Court's Order (ECF NO. 102, filed on February 4, 2025, and EFC No. 106, filed on February 27, 2025) to the extent that it denies Defendants' motion for summary judgment asserting immunity from suit, including but not limited to qualified immunity and Eleventh

///

///

///

Page **1**

Amendment immunity, which denial is immediately appealable and once appealed divest the district court of jurisdiction.

DATED this 6th day of March 2025.

                AARON D. FORD
                Attorney General

        By:   */s/ Mark Hackmann*
                MARK HACKMANN, Bar No. 16704
                 Deputy Attorney General

                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 6, 2025, I electronically filed the foregoing, **NOTICE OF APPEAL**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Benjamin Espinosa #74296
> Northern Nevada Correctional Center
> P.O. Box 7000
> Carson City, NV 89702

*/s/ Karen Easton*
An employee of the
Office of the Attorney General