UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BENJAMIN ESPINOSA

Plaintiff,

v.

WILLIAM GITTERE, et al.,

Defendants.

Case No. 3:21-cv-00205-ART-CLB

U.S.C.A. No. 25-1623

ORDER SPREADING MANDATE

The above-entitled cause of action was appealed to the United States Court of Appeals for the Ninth Circuit. On June 25, 2026, the Court of Appeals issued its memorandum (ECF No. 119), denying Defendants' appeal of this Court's denial of a claim of qualified immunity for lack of appellate jurisdiction. On September 10, 2026, the Court of Appeals issued its mandate. (ECF No. 124). This Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED THIS 8th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE